WILLIAM J. FITZGERALD v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM BAUMGARTEN & Co., INC., v. MORRIS MARKIN and Others — Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY MORRIS v. LOUIS I. HARRIS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CENTRAL AUTO RENTING CORPORATION v. COMMERCIAL CREDIT CORPORATION OF BALTIMORE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANK E. AGAR and Others, Appellants, v. MAX ORDA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [144 Misc. 149.]

PHOTO-ENGRAVERS BOARD OF TRADE OF NEW YORK, INC., Appellant, v. WALLACE C. ADDISON, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [145 Misc. 479.]

EARL B. BARNES, Respondent, v. BRAINARD AVERY and JAY E. WHITING, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

J. GEORGE LEVY, as Assignee for the Benefit of Creditors of WILLIAM TONK & BRO., INC., Appellant, v. KOHLER & CAMPBELL, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NORA H. WILLIAMS, Respondent, v. 1035 FIFTH AVENUE CORPORATION and DOUGLAS GIBBONS & Co., INC., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BENJAMIN FINKEL, Appellant, v. ALOIS HERDA and KATHA HERDA, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

L. C. SMITH & BROS. TYPEWRITER COMPANY, Respondent, v. CREDIT LYONNAIS, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.